# EXHIBIT 21

August 4, 2025, Memorandum "Exception to Policy (ETP) for Temporary Early Retirement Authority (TERA) Decision"



**DEPARTMENT OF THE AIR FORCE**
**WASHINGTON DC**

OFFICE OF THE ASSISTANT SECRETARY

August 4, 2025

MEMORANDUM FOR AFPC/CC

FROM: SAF/MR
1660 Air Force Pentagon
Washington, DC 20330-1660

SUBJECT: Exception to Policy (ETP) for Temporary Early Retirement Authority (TERA)
Decision

References: (a) OUSD memorandum, "Additional Guidance on Prioritizing Military Excellence and
Readiness," dated 26 February 25
(b) SAF/MR memorandum, "Additional DAF Implementing Policy on Prioritizing Military
Excellence and Readiness," dated 23 May 25

After careful consideration of the individual applications, I am disapproving all Temporary Early
Retirement Authority (TERA) exception to policy requests in Tabs 1 and 2 for members with 15-18 years
of service. The decisions were made following the guidance set forth in references (a) and (b).

In lieu of TERA, members are eligible for voluntary separation, with eligibility for Voluntary
Separation Pay (VSP) at twice the amount of involuntary separation pay. Service members will not have
to repay any bonuses received prior to 15 May 2025. Remaining military service obligations, including
service obligations incurred as a result of a bonus or transfer of post-9/11 GI Bill benefits to dependents,
shall be waived.

Service members who elect not to voluntarily separate will be processed for involuntary
separation.

My point of contact is Dr. Aly Eisenhardt, SAF/MRR, (703) 697-9512 or via email at
alyson.eisenhardt.1@us.af.mil.

BRIAN L. SCARLETT, SES, DAF
Performing the Duties of Assistant Secretary of
the Air Force for Manpower and Reserve Affairs

Attachments:
Tab 1 – ETP request spreadsheet 1
Tab 2 – ETP request spreadsheet 2