**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LOGAN IRELAND, ASHLEY DAVIS, ALYXANDRA ANGUIANO, AUBREIGH HEDRICH, AXEL STERRETT, BRANDI SOUKUP, CHRIS ROGERS, CLAIRE ELLIOTT, COREY HUNT, CORVUS COPPER, DEVIN BABLE, JACK ROUSCH, KIRA BRIMHALL, LINDELL WALLEY, MIKAYLA BARFIELD, NOELLE HART, RUPERT CASSIDY,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:25-cv-01921-EDK<br>Judge Elaine D. Kaplan |

**SUPPLEMENT TO NOVEMBER 10, 2025, COMPLAINT**
**(AUTHORIZED BY JULY 22, 2026, OPINION AND ORDER)**

1. December 1, 2025, was the latest retirement effective date specified in any of the 17 unlawfully rescinded retirement orders at issue in this case.

2. Therefore, under the unlawfully rescinded retirement orders, all 17 Plaintiffs were entitled to have begun receiving retired pay as of December 1, 2025, at the latest.

3. December 1, 2025, passed without the government beginning to pay retired pay to any of the 17 Plaintiffs.

Date: August 4, 2026

Respectfully submitted,

/s/ *Eli Segal*

Eli Segal (counsel of record)
STAPLETON SEGAL COCHRAN LLC
1760 Market Street, Suite 403
Philadelphia, PA 19103

Jennifer Levi (*pro hac vice*)
Michael Haley (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950

Boston, MA 02108
jlevi@gladlaw.org
mhaley@gladlaw.org
T: (617) 426-1350

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st St. #11548
Sacramento, CA 95811
sminter@nclrights.org
cstoll@nclrights.org
T: (415) 392-6257

esegal@stapletonsegal.com
T: (215) 402-6555

Jeremy S. Spiegel (of counsel)
LAW OFFICE OF JEREMY SPIEGEL
300 Carnegie Center, Suite 150
Princeton, NJ 08450
spiegel@jeremyspiegellaw.com
T: (215) 609-3154