## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

LOGAN IRELAND, ASHLEY DAVIS,
ALYXANDRA ANGUIANO, AUBREIGH
HEDRICH, AXEL STERRETT, BRANDI
SOUKUP, CHRIS ROGERS, CLAIRE
ELLIOTT, COREY HUNT, CORVUS
COPPER, DEVIN BABLE, JACK ROUSCH,
KIRA BRIMHALL, LINDELL WALLEY,
MIKAYLA BARFIELD, NOELLE HART,
RUPERT CASSIDY,

       Plaintiffs,

       v.

THE UNITED STATES OF AMERICA,

       Defendant.

No. 1:25-cv-01921-EDK
Judge Elaine D. Kaplan

## MOTION FOR ENTRY OF SCHEDULING ORDER

In its July 22, 2026, Opinion and Order, the Court directed the Parties to file a joint motion for entry of a scheduling order under RCFC App. K, Rule II by August 11, 2026. Defendant has notified Plaintiffs that Defendant will instead be filing its own motion seeking different relief.  Plaintiffs therefore submit this motion for entry of a scheduling order on their own and propose the following dates:

1.      Defendant shall file the administrative record by September 1, 2026.

2.      Plaintiffs shall file any motion for judgment upon the administrative record by October 13, 2026.

3.      Defendant shall file any response to any motion by Plaintiffs for judgment upon the administrative record and any cross-motion for judgment upon the administrative record by November 3, 2026.

4.      Plaintiffs shall file any reply in support of any motion for judgment upon the administrative record and any response to any cross-motion by Defendant for judgment upon the administrative record by November 24, 2026.

5.      Defendant shall file any reply in support of any cross-motion for judgment upon the administrative record by December 8, 2026.

6.      Defendant shall file the appendix described in RCFC App. K ¶ 6(d) by December 22, 2026.

Date: August 11, 2026                              Respectfully submitted,


                                                   /s/ *Eli Segal*
                                                   Eli Segal (counsel of record)
                                                   STAPLETON SEGAL COCHRAN LLC
                                                   1760 Market Street, Suite 403
                                                   Philadelphia, PA 19103
                                                   esegal@stapletonsegal.com
                                                   T: (215) 402-6555

                                                   *Attorney for Plaintiffs*