# APPENDIX

# INDEX TO APPENDIX


| Document | Page |
|---|---|
| Script for Commanders to Applicants regarding TERA Exception to Policy Denial and Separation Notification | App. 1 |
| TSgt Hunt Retirement Orders, dated July 21, 2026 | App. 7 |
| TSgt Hunt DD 214, dated July 28, 2026 | App. 8 |
| Declaration of Deborah F. Davidson, dated August 11, 2026 | App. 12 |

**Script for Commander's to Applicants regarding TERA ETP Denial and Separation Notification**

**Opening:** "[Applicant's Name], I need to update you on the final decision regarding your TERA Exception to Policy application under the Gender Dysphoria Provision."

"The Department of the Air Force (DAF) prematurely notified some DAF members that their TERA applications under the gender dysphoria provision had been approved. Higher level review is required under the DoD gender dysphoria policy for members with 15-18 years of service. DAF has completed consideration of your request which has now been disapproved by the senior official performing the duties of the Assistant Secretary of the Air Force for Manpower and Reserve Affairs This means you will not be eligible to retire under TERA and will need to be processed for separation instead. **If you elect to voluntarily separate, you will receive separation pay under the Voluntary Separation Pay (VSP) program, at twice the rate of involuntary separation pay.**"

**Explanation:** Your TERA application was considered on the merits of your individual situation. The decision, though considered independently, impacts all other DAF members who were in a similar situation.

**Immediate Impact:** "This means:

- Your retirement orders are rescinded
- You will separate rather than retire and**, if you elect to voluntarily separate**:
    - You **will receive voluntary separation pay** at twice the rate of involuntary separation pay.
    - Your requested separation date can remain the same or you can choose a new date not later than 30 Nov 2025.
    - You will not have to repay any bonuses received prior to 15 May 2025. Remaining military service obligations, including service obligations incurred as a result of a bonus or transfer of post-9/11 GI Bill benefits to dependents, shall be waived.
- We'll work with you to ensure a smooth transition to separation processing

**Next Steps:**

- You will need to request voluntary separation in vMPF and route it to me for approval no later than 15 August 2025. **Only you can initiate the voluntary separation process.**

- AFPC will approve your request and produce orders
- You'll receive updated separation documentation
- All applicable voluntary separation benefits and transition assistance remain available
- If you decline to request separation, you will be processed for involuntary separation under forthcoming involuntary separation guidance.

**Support:** "I understand this is disappointing news after believing your retirement was approved. The Airman & Family Readiness Center, Military Family Life Counselors, base helping agencies and transition assistance programs are available to help you and your family during this process. Your teammates and I are here to support and assist you as well."

**Benefits Information:** "While this changes your retirement status, you're still entitled to an Honorable discharge characterization, separation benefits and transition assistance

**Questions:** "Do you have any immediate questions about this decision or the separation process moving forward?"

**Documentation:** "I'm providing you with written documentation of this decision, including information about the separation timeline and available resources. You will sign acknowledging receipt of this information and the requirement to submit a voluntary separation request no later than 15 August if you choose to voluntarily separate.

# FAQs

**Financial/Benefits Questions:**

**"What's the difference in my final pay between retirement and separation?"**

- Retirement: Would receive immediate monthly retirement pay (percentage of base pay based on years of service)
- Separation: Receive separation pay as lump sum, but no ongoing monthly retirement payments

**"Do I still get any retirement benefits or pension?"**

- No immediate retirement benefits
- You may qualify for disability benefits through the VA
- Social Security benefits remain based on your contributions
- You retain credit for military service time for federal employment

**"What happens to my TSP contributions?"**

- No change from retirement vs. separation
- Your TSP account remains yours - all contributions and matching funds are vested
- You can leave it in TSP, roll it to another qualified plan, or withdraw (with potential penalties if under 59½)

**"Will I receive separation pay? How much?"**

- You will receive voluntary separation pay at twice the rate of involuntary separation pay
- Finance will calculate your specific amount
- Basic calculation formula: Monthly base pay x 12 x total whole months (TAFMS) served x 10% divided by 12 (then for VSP X2).
- Example: E5 with 15 years and 3 months would equal 183 months.
    - ($4400.00 monthly base pay) x 12 x 183 (total whole months served) x (10%) divided by 12 = $80,520.00. **For VSP**, multiply by 2 = $161,040.00

**"Do I lose my medical benefits immediately or is there a grace period?"**

- You're eligible for COBRA continuation (18-36 months)

**"What about my family's medical coverage?"**

- Same as above
- Family eligible for COBRA continuation
- Transition assistance will help you understand civilian healthcare options

**"Can I still use my GI Bill benefits?"**

- Yes, your GI Bill benefits remain available for your use

**Timeline/Process Questions:**

**"When exactly do I have to be out now?"**

- You may elect to maintain your original separation date, or you may choose another date no later than 30 Nov 2025

**"How long do I have to complete out-processing?"**

- Typically 30-45 days before separation date
- The MPF will provide you with a detailed out-processing checklist
- Your supervisor will help coordinate your out-processing

**"Can I request a delay in my separation date?"**

- You may elect to maintain your original separation date, or you may choose another date no later than 30 Nov 2025
- Limited circumstances allow delays (medical, legal issues)
- Administrative convenience is generally not approved
- We can discuss your specific situation if needed

**"What's different about separation out-processing versus retirement?"**

- Very similar process through most offices
- Different final paperwork (DD-214 coding)
- Different benefits briefings

**"Do I still clear through the same offices?"**

- Yes - Finance, Medical, Security, Equipment turn-in, etc.
- The MPF and your unit will provide the required checklists

**Career/Future Questions:**

**"Can I apply for federal jobs with veterans' preference?"**

- Yes, you qualify for veterans' preference in federal hiring
- With 15+ years of service, you likely qualify for 10-point preference
- Your separation doesn't affect this eligibility

**"Will this separation affect my ability to get hired elsewhere?"**

- Your discharge characterization under separation will be honorable
- Private employers typically view military service positively
- Focus on your skills, experience, and accomplishments

**"What does my DD-214 say about the reason for separation?"**

- Will show appropriate separation code for Force Shaping – VSP; there will be no remarks about Gender Dysphoria
- Discharge characterization will be honorable

**"How do I explain this to future employers?"**

- "Completed military service and transitioned to civilian career"
- Focus on your experience, skills, and the value you bring
- Most employers don't need detailed separation reasons

**Administrative Questions:**

**"Can I appeal this decision?"**

- This is a final decision

**"Who made the final decision - was it because of my specific case?"**

- The Assistant Secretary of the Air Force for Manpower and Reserve Affairs made this decision
- It applied to all Air Force members in similar situations
- All affected members are receiving the same notification

**"Is this related to the recent policy changes?"**

- Cannot speculate on reasoning

**Family/Personal Questions:**

**"How do I tell my family we're not getting retirement benefits?"**

- Focus on the benefits you do retain (GI Bill, VA benefits, experience)
- Emphasize this doesn't reflect on your service or character
- Military & Family Readiness can provide counseling resources

**"What about our housing situation?"**

- If in base housing, you'll receive standard PCS timelines for moving
- BAH continues through separation date
- Housing office will coordinate move-out procedures

**"Do my dependents' benefits change?"**

- Military benefits end at separation
- Various veterans' organizations offer family support programs

**"What support is available for my spouse/children during this transition?"**

- Military & Family Life Counselors
- Military & Family Readiness Center
- Chaplain services
- Spouse employment assistance programs

**Additional Resources:**

- Schedule appointments with: Finance, Medical, Military & Family Readiness Center
- Transition Assistance Program (TAP) enrollment
- Veterans Service Organizations contact information
- Base/installation support phone numbers

DEPARTMENT OF THE AIR FORCE
WASHINGTON DC 20330-1040

SPECIAL ORDERS
NO. AC - 008808

21 JUL 2026

R

TSG HUNT, COREY DWAIN, [redacted]
NELLIS AFB NV 891910000

EFFECTIVE 31 JUL 2026 YOU ARE RELIEVED FROM ACTIVE DUTY, ORGANIZATION AND STATION OF ASSIGNMENT, RETIRED EFFECTIVE 01 AUG 2026 PER DAFI 36-3203 IN GRADE OF TSG.

HIGHEST GRADE HELD ON ACTIVE DUTY: TSG

DATE OF BIRTH: 03 SEP 1990

| | YEARS | MONTHS | DAYS |
|---|---|---|---|
| SERVICE FOR BASIC PAY: | 18 | 00 | 23 |
| ACTIVE SERVICE FOR RETIREMENT: | 18 | 00 | 23 |
| SERVICE PER 10 USC 1405: | 18 | 00 | 23 |

RETIREMENT PLAN: HIGH-3

PROCEED TO HOME OF SELECTION
FUND CITE: 576 3500 326 480Z 5881* 05 525725 (*INSERT SUBPROJECT SHRED CODE)
PCS ID: S CIC: 4 5 648 0081 525725
SDN HHG: PB58816032MP0H SDN INT: PB58816032MM0A
TAC: G68S SDN NTS: PB58006032MP0N TAC NTS: G68N
SDN POVNTS: PB58006032MPVS TAC POVNTS: G68P
SDN POVSHP: PB58816032MP0V TAC POVSHP: G6SP

REMARKS: NONE

BY ORDER OF THE SECRETARY OF THE AIR FORCE

OFFICIAL
MALACHI THOMPSON III, LT COL, USAF
CHIEF, MIL SUSTAINMENT & TRANSITION DIV
DIRECTORATE FOR PERSONNEL PROGRAMS

DISTRIBUTION:
SERVICING MPF/PERSONNEL RELOCATIONS:
99 FSS (ACC)
NELLIS AFB NV 891910000
AC - 008808

RRREGO LAST PAGE

# CERTIFICATE OF UNIFORMED SERVICE

When completed, this form contains personally identifiable information and is protected in accordance with the Privacy Act of 1974, as amended, and DoD 5400.11-R, DoD Privacy Program.

**1. NAME** *(Last, First, Middle)*: HUNT COREY DWAIN
**2. BRANCH AND COMPONENT**: AIR FORCE--REGAF
**3. DOD ID NUMBER**: [redacted]
**4. SERIAL NUMBER**: F2026073100732-0

**5a. GRADE, RATE OR RANK**: TSG
**b. PAY GRADE**: E6
**6. DATE OF BIRTH** *(YYYYMMDD)*: [redacted]

**7a. MILITARY SERVICE OBLIGATION TERMINATION DATE** *(YYYYMMDD)*: N/A
**b. RESERVE STATUS FOR OBLIGATION** *(SELRES/IRR)*: N/A
**c. CONTACT PHONE NUMBER** *(Civilian)*: 336-529-3617
**d. CONTACT EMAIL ADDRESS** *(Civilian)*: COREY090390@GMAIL.COM

**8a. PLACE OF ENTRY INTO ACTIVE DUTY**: CHARLOTTE NC
**b. HOME OF RECORD AT TIME OF ENTRY** *(City and state, or complete address if known)*: PFAFFTOWN NC

**9a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND**: 526 INTELLIGENCE SQ (ACC)
**b. STATION WHERE SEPARATED**: JBSA RANDOLPH TX

**10. COMMAND TO WHICH TRANSFERRED**: N/A
**11. SGLI COVERAGE** ☐ NONE
AMOUNT: $500,000

**12. SPECIALTY** *(List number, title, and years and months in specialties involving periods of one or more years.)*
1N171, GEOSPATIAL INTELLIGENCE CRAFTSMAN, 11 YEARS AND 6 MONTHS; 2W171, AIRCRAFT ARMAMENT SYSTEMS CRAFTSMAN, 6 YEARS AND 4 MONTHS.

| 13. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2008 | JUL | 08 |
| b. SEPARATION DATE THIS PERIOD | 2026 | JUL | 31 |
| c. NET ACTIVE SERVICE THIS PERIOD | 18 | 00 | 23 |
| d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| e. TOTAL ACTIVE SERVICE | 18 | 00 | 23 |
| f. TOTAL INACTIVE SERVICE | 00 | 00 | 00 |
| g. FOREIGN SERVICE | 00 | 06 | 08 |
| h. SEA SERVICE | 00 | 00 | 00 |
| i. INITIAL ENTRY TRAINING | 2008 | JUL | 08 |
| j. EFFECTIVE DATE OF PAY GRADE | 2022 | AUG | 01 |

**14. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*
Joint Service Commendation Medal, Air and Space Commendation Medal with 1 Oak Leaf Cluster, Air and Space Achievement Medal with 1 Oak Leaf Cluster, Meritorious Unit Award with 7 Oak Leaf Clusters, Air and Space Outstanding Unit Award with 3 Oak Leaf Clusters, //See Remarks//

**15. UNIFORMED SERVICE EDUCATION** *(Course title, number of weeks, and month and year completed)*
AF BASIC MILITARY TRG, AUG 2008; (279) AIRCRAFT ARMAMENT SYSTEMS APPRENTICE (F-15), DEC 2008; (6TD) F-15E ACFT GUN SYS MNTS (FLT LNE), AUG 2009; (8KQ) F-15E ACFT ARMAMT SYS MAINT (WPNS DEL)(FLTLN), OCT 2009; (TIW) TD 213 TRAINING SESSION (NELLIS), JUL 2010; //SEE REMARKS//

**16. DAYS ACCRUED LEAVE PAID**: 0
**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION** ☐ YES ☒ NO

**18. RETIREMENT SYSTEM OPTION** ☐ FINAL ☒ HIGH-3 ☐ REDUX ☐ BRS
**19. DD214-1** *(Accompanies this DD214)* ☐ YES ☒ NO

**20. REMARKS**
ITEM 14: Combat Readiness Medal, AF Good Conduct Medal with 5 Oak Leaf Clusters, National Defense Service Medal, Global War On Terrorism Expeditionary Medal with 1 Service Star, Global War on Terrorism Service Medal, Air and Space Expeditionary Service Ribbon with Gold Border with 1 Oak Leaf Cluster, Air and Space Longevity Service Award with 3 Oak Leaf Clusters, USAF NCO PME Graduate Ribbon, Air and Space Training Ribbon.
ITEM 15: (TIW) TD 213 TRAINING SESSION (NELLIS), AUG 2010; (TIW) TD 213 TRAINING SESSION (NELLIS), DEC 2010; AIRMAN LEADERSHIP SCHOOL //See Continuation Page//

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

**21a. MAILING ADDRESS AFTER SEPARATION** *(Include ZIP Code)*
[redacted]
NORTH LAS VEGAS NV [redacted]

**21b. NEAREST RELATIVE** *(Name and address - include ZIP Code)*
NOT REQUIRED/NO NAME PROVIDED

**22. MEMBER REQUESTS DATA SHARE WITH** *(Specify state/locality)* NV OFFICE OF VETERANS AFFAIRS ☒ YES ☐ NO

**23a. MEMBER SIGNATURE**: MEMBER NOT AVAILABLE TO SIGN
**b. DATE** *(YYYYMMDD)*: N/A

**24. OFFICIAL AUTHORIZED TO SIGN**
**a. NAME, GRADE AND TITLE**: DEBRA A MENESES, CTR, TFSC DD FORM 214 TECHNICIAN
**b. SIGNATURE**: CAC/PKI signed by MENESES.DEBRA.ANN[redacted] on Jul 28 2026 10:09:13 PM UTC.
CAC Serial Number: 08E60F; Issuer CN: DOD ID CA-81
**c. DATE** *(YYYYMMDD)*: 20260728

**CERTIFICATE OF UNIFORMED SERVICE** *(Continuation Sheet)*

When completed, this form contains personally identifiable information and is protected in accordance with the Privacy Act of 1974, as amended, and DoD 5400.11-R, DoD Privacy Program.

| 1. NAME *(Last, First, Middle)* | 2. BRANCH AND COMPONENT | 3. DOD ID NUMBER | 4. SERIAL NUMBER: |
|---|---|---|---|
| HUNT COREY DWAIN | AIR FORCE--REGAF | [redacted] | F2026073100732-0 |

*(Specify the item number of the block continued for each entry.)*

Items continued: ITEM 20: (RESIDENCE), FEB 2012; (9AA) AIR FORCE TRAINING COURSE, MAR 2012; (WTS) AIRCRAFT ARMAMENT SYSTEMS CRAFTSMAN, NOV 2012; (RBL) F-15 WPNS MNTS (PRGM ARMNT CNTL SET(PACS)), FEB 2013; (C2O) GEOSPATIAL-INTELLIGENCE ANALYST FUNDAMENTALS COURSE, AUG 2014; (COI) GEOSPATIAL-INTELLIGENCE ANALYST COURSE, DEC 2014; NCO ACADEMY (NON-RESIDENCE), JUL 2016; (0VZ) INTELLIGENCE TRAINERS COURSE (ITC), MAY 2022; (ERT) LAW OF WAR (LOW) - BASIC, AUG 2022; (ERT) LAW OF WAR (LOW) - BASIC, SEP 2024; EJPME I (E6-E7) (NON-RESIDENCE), JAN 2025.
Subject to recall to active duty by the Secretary of the Air Force.
------------------------------NOTHING FOLLOWS------------------------------

# CERTIFICATE OF UNIFORMED SERVICE

When completed, this form contains personally identifiable information and is protected in accordance with the Privacy Act of 1974, as amended, and DoD 5400.11-R, DoD Privacy Program.

| 1. NAME *(Last, First, Middle)* | 2. BRANCH AND COMPONENT | 3. DOD ID NUMBER | 4. SERIAL NUMBER: |
|---|---|---|---|
| HUNT COREY DWAIN | AIR FORCE--REGAF | [redacted] | F2026073100732-0 |

| 5a. GRADE, RATE OR RANK | b. PAY GRADE | 6. DATE OF BIRTH *(YYYYMMDD)* |
|---|---|---|
| TSG | E6 | [redacted] |

| 7a. MILITARY SERVICE OBLIGATION TERMINATION DATE *(YYYYMMDD)* | b. RESERVE STATUS FOR OBLIGATION *(SELRES/IRR)* | c. CONTACT PHONE NUMBER *(Civilian)* | d. CONTACT EMAIL ADDRESS *(Civilian)* |
|---|---|---|---|
| N/A | N/A | 336-529-3617 | COREY090390@GMAIL.COM |

| 8a. PLACE OF ENTRY INTO ACTIVE DUTY | b. HOME OF RECORD AT TIME OF ENTRY *(City and state, or complete address if known)* |
|---|---|
| CHARLOTTE NC | PFAFFTOWN NC |

| 9a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | b. STATION WHERE SEPARATED |
|---|---|
| 526 INTELLIGENCE SQ (ACC) | JBSA RANDOLPH TX |

| 10. COMMAND TO WHICH TRANSFERRED | 11. SGLI COVERAGE ☐ NONE |
|---|---|
| N/A | AMOUNT: $500,000 |

**12. SPECIALTY** *(List number, title, and years and months in specialties involving periods of one or more years.)*

1N171, GEOSPATIAL INTELLIGENCE CRAFTSMAN, 11 YEARS AND 6 MONTHS; 2W171, AIRCRAFT ARMAMENT SYSTEMS CRAFTSMAN, 6 YEARS AND 4 MONTHS.

| 13. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 2008 | JUL | 08 |
| b. SEPARATION DATE THIS PERIOD | 2026 | JUL | 31 |
| c. NET ACTIVE SERVICE THIS PERIOD | 18 | 00 | 23 |
| d. TOTAL PRIOR ACTIVE SERVICE | 00 | 00 | 00 |
| e. TOTAL ACTIVE SERVICE | 18 | 00 | 23 |
| f. TOTAL INACTIVE SERVICE | 00 | 00 | 00 |
| g. FOREIGN SERVICE | 00 | 06 | 08 |
| h. SEA SERVICE | 00 | 00 | 00 |
| i. INITIAL ENTRY TRAINING | 2008 | JUL | 08 |
| j. EFFECTIVE DATE OF PAY GRADE | 2022 | AUG | 01 |

**14. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED** *(All periods of service)*

Joint Service Commendation Medal, Air and Space Commendation Medal with 1 Oak Leaf Cluster, Air and Space Achievement Medal with 1 Oak Leaf Cluster, Meritorious Unit Award with 7 Oak Leaf Clusters, Air and Space Outstanding Unit Award with 3 Oak Leaf Clusters, //See Remarks//

**15. UNIFORMED SERVICE EDUCATION** *(Course title, number of weeks, and month and year completed)*

AF BASIC MILITARY TRG, AUG 2008; (279) AIRCRAFT ARMAMENT SYSTEMS APPRENTICE (F-15), DEC 2008; (6TD) F-15E ACFT GUN SYS MNTS (FLT LNE), AUG 2009; (8KQ) F-15E ACFT ARMAMT SYS MAINT (WPNS DEL)(FLTLN), OCT 2009; (TIW) TD 213 TRAINING SESSION (NELLIS), JUL 2010; //SEE REMARKS//

**16. DAYS ACCRUED LEAVE PAID:** 0

**17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION** ☐ YES ☒ NO

**18. RETIREMENT SYSTEM OPTION** ☐ FINAL ☒ HIGH-3 ☐ REDUX ☐ BRS

**19. DD214-1** *(Accompanies this DD214)* ☐ YES ☒ NO

**20. REMARKS**

ITEM 14: Combat Readiness Medal, AF Good Conduct Medal with 5 Oak Leaf Clusters, National Defense Service Medal, Global War On Terrorism Expeditionary Medal with 1 Service Star, Global War on Terrorism Service Medal, Air and Space Expeditionary Service Ribbon with Gold Border with 1 Oak Leaf Cluster, Air and Space Longevity Service Award with 3 Oak Leaf Clusters, USAF NCO PME Graduate Ribbon, Air and Space Training Ribbon.
ITEM 15: (TIW) TD 213 TRAINING SESSION (NELLIS), AUG 2010; (TIW) TD 213 TRAINING SESSION (NELLIS), DEC 2010; AIRMAN LEADERSHIP SCHOOL //See Continuation Page//

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

| 21a. MAILING ADDRESS AFTER SEPARATION *(Include ZIP Code)* | 21b. NEAREST RELATIVE *(Name and address - include ZIP Code)* |
|---|---|
| [redacted] NORTH LAS VEGAS NV [redacted] | NOT REQUIRED/NO NAME PROVIDED |

**22. MEMBER REQUESTS DATA SHARE WITH** *(Specify state/locality)* NV OFFICE OF VETERANS AFFAIRS ☒ YES ☐ NO

| 23a. MEMBER SIGNATURE | b. DATE *(YYYYMMDD)* | 24. OFFICIAL AUTHORIZED TO SIGN — a. NAME, GRADE AND TITLE / b. SIGNATURE | c. DATE *(YYYYMMDD)* |
|---|---|---|---|
| MEMBER NOT AVAILABLE TO SIGN | N/A | a. DEBRA A MENESES, CTR, TFSC DD FORM 214 TECHNICIAN<br>b. CAC/PKI signed by MENESES.DEBRA.ANN[redacted] on Jul 28 2026 10:09:13 PM UTC. CAC Serial Number: 08E60F; Issuer CN: DOD ID CA-81 | 20260728 |

**SPECIAL ADDITIONAL INFORMATION** *(For use by authorized agencies only)*

| 25. TYPE OF SEPARATION | 26. CHARACTER OF SERVICE |
|---|---|
| RETIREMENT | HONORABLE |

| 27. SEPARATION AUTHORITY | 28. SEPARATION CODE | 29. REENTRY CODE |
|---|---|---|
| DAFI 36-3203 | RBE | 2V |

**30. NARRATIVE REASON FOR SEPARATION**
EARLY RETIREMENT

**31. DATES OF TIME LOST DURING THIS PERIOD** *(YYYYMMDD)*
NONE

**CERTIFICATE OF UNIFORMED SERVICE** *(Continuation Sheet)*

When completed, this form contains personally identifiable information and is protected in accordance with the Privacy Act of 1974, as amended, and DoD 5400.11-R, DoD Privacy Program.

| 1. NAME *(Last, First, Middle)* | 2. BRANCH AND COMPONENT | 3. DOD ID NUMBER | 4. SERIAL NUMBER: |
|---|---|---|---|
| HUNT COREY DWAIN | AIR FORCE--REGAF | [redacted] | F2026073100732-0 |

*(Specify the item number of the block continued for each entry.)*

Items continued: ITEM 20: (RESIDENCE), FEB 2012; (9AA) AIR FORCE TRAINING COURSE, MAR 2012; (WTS) AIRCRAFT ARMAMENT SYSTEMS CRAFTSMAN, NOV 2012; (RBL) F-15 WPNS MNTS (PRGM ARMNT CNTL SET(PACS)), FEB 2013; (C2O) GEOSPATIAL-INTELLIGENCE ANALYST FUNDAMENTALS COURSE, AUG 2014; (COI) GEOSPATIAL-INTELLIGENCE ANALYST COURSE, DEC 2014; NCO ACADEMY (NON-RESIDENCE), JUL 2016; (0VZ) INTELLIGENCE TRAINERS COURSE (ITC), MAY 2022; (ERT) LAW OF WAR (LOW) - BASIC, AUG 2022; (ERT) LAW OF WAR (LOW) - BASIC, SEP 2024; EJPME I (E6-E7) (NON-RESIDENCE), JAN 2025.
Subject to recall to active duty by the Secretary of the Air Force.

----------------------------------------------------------------NOTHING FOLLOWS----------------------------------------------------------------

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| LOGAN IRELAND, et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 25-1921C |
| | ) | (Judge Kaplan) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF DEBORAH F. DAVIDSON**

I, Deborah F. Davidson, declare as follows:

1. I am the Director, Case Resolution Directorate, with the Air Force Review Boards Agency (AFRBA). AFRBA falls under SAF/MRB and includes several boards and directorates, including the Air Force Board for Correction of Military Records (AFBCMR). The AFBCMR operates within the Office of the Secretary of the Air Force in accordance with 10 U.S.C. § 1552.

2. In 2025, the following 12 plaintiffs in this case submitted applications for the correction of military records (DD Forms 149) requesting reinstatement of their rescinded retirement orders: Ashley Davis, Logan Ireland, Alyxandra Anguiano, Devin Bable, Michael Barfield, Kira Brimhall, Vivienne Cassidy, Corey Hunt, Jack Rousch, Joseph Soukup, Lindell Walley, and Aubreigh Hedrich.

3. The AFBCMR closed each of the applications of these 12 plaintiffs without action due to open Inspector General Investigations associated with their applications.

4. Notwithstanding the AFBCMR's earlier action closing the applications of the 12 plaintiffs listed above, if the plaintiffs in this case were to file new applications pursuant to a remand order from this Court, challenging the rescission of their retirement orders and seeking associated relief, the AFBCMR would not close the applications without action based on an open Inspector General investigation. Rather, the AFBCMR would consider plaintiffs' allegations of error or injustice associated with the remand.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this eleventh day of August, 2026.

8/11/2026

X Deborah F. Davidson

Signed by: USAF
DEBORAH F. DAVIDSON, GS-15, DAF
Director, Case Resolution Directorate