**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| LOGAN IRELAND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | No. 1:25-cv-01921-EDK<br>Judge Elaine D. Kaplan |

**NOTICE OF VOLUNTARY DISMISSAL OF**
**ASHLEY DAVIS, LINDELL WALLEY, AND COREY HUNT**

Pursuant to Court of Federal Claims Rule 41(a)(1)(A), Plaintiffs Lieutenant Colonel Ashley Davis, Technical Sergeant Lindell Walley, and Technical Sergeant Corey Hunt voluntarily dismiss their claims without prejudice.

Date: September 8, 2026

Respectfully submitted,

/s/ Eli Segal

Eli Segal (counsel of record)
STAPLETON SEGAL COCHRAN LLC
1760 Market Street, Suite 403
Philadelphia, PA 19103
esegal@stapletonsegal.com
T: (215) 402-6555

Jeremy S. Spiegel (of counsel)
LAW OFFICE OF JEREMY SPIEGEL
300 Carnegie Center, Suite 150
Princeton, NJ 08540
spiegel@jeremyspiegellaw.com
T: (215) 609-3154

Jennifer Levi (*pro hac vice*)
Michael Haley (*pro hac vice*)
GLBTQ LEGAL ADVOCATES & DEFENDERS
18 Tremont Street, Suite 950
Boston, MA 02108
jlevi@gladlaw.org
mhaley@gladlaw.org
T: (617) 426-1350

Shannon P. Minter (*pro hac vice*)
Christopher F. Stoll (*pro hac vice*)
NATIONAL CENTER FOR LGBTQ RIGHTS
1401 21st St. #11548
Sacramento, CA 95811
sminter@nclrights.org
cstoll@nclrights.org
T: (415) 392-6257